| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Donna Marie Bikoff** | Social Security number or ITIN | xxx–xx–3414 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 17–20791–VFP | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Donna Marie Bikoff

3/8/19                                    **By the court:** <u>Vincent F. Papalia</u>
                                                                         United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures,
or criminal restitution obligations;

♦ some debts which the debtors did not
properly list;

♦ debts provided for under 11 U.S.C. §
1322(b)(5) and on which the last payment
or other transfer is due after the date on
which the final payment under the plan
was due;

♦ debts for certain consumer purchases
made after the bankruptcy case was filed if
obtaining the trustee's prior approval of
incurring the debt was practicable but was
not obtained;

♦ debts for restitution, or damages,
awarded in a civil action against the
debtor as a result of malicious or willful
injury by the debtor that caused
personal injury to an individual or the
death of an individual; and

♦ debts for death or personal injury
caused by operating a vehicle while
intoxicated.

In addition, this discharge does not stop
creditors from collecting from anyone else who
is also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

**This information is only a general
summary of a chapter 13 discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of
the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 17-20791-VFP
Donna Marie Bikoff                                               Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Mar 08, 2019
                             Form ID: 3180W        Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2019.
db            +Donna Marie Bikoff,    22 Garfield Avenue,    East Hanover, NJ 07936-2945
516848573     +Atlantic Medical Group,    PO Box 416457,    Boston, MA 02241-6457
516848574     +Borough of Rockaway,    1 East Main Street,    Rockaway, NJ 07866-3417
516848578     +Citibank,   Citicorp/Centralized Bankruptcy,    Po Box 790040,    Saint Louis, MO 63179-0040
516848580     +Diversified Adjustment Service,    P.O. Box 32145,    Fridley, MN 55432-0145
516848581     +Equifax Credit Information Services, Inc.,    PO Box 740241,    Atlanta, GA 30374-0241
516848582     +Experian,   4 Gatehill Drive,    3rd Floor,    Parsippany, NJ 07054-4522
516848587      LabCorp,   PO Box 2240,    Burlington, NC 27216-2240
516848592     ++MORRISTOWN PATHOLOGY ASSOCIATES PA,    PO BOX 500,    HACKETTSTOWN NJ 07840-0500
               (address filed with court: Morristown Pathology Assoc PA,    65 Madison Avenue, STE 220,
               Morristown, NJ 07960-7307)
516848588     +Michael Harrison, Esq.,    3155 Route 10 East - Suite 214,    Denville, NJ 07834-3430
516848589     +MinuteClinic Diagnostic of NJ LLC,    ATTN #8442R,    PO Box 1400,    Belfast, ME 04915-4033
516848590      Morris Imaging Assoc PA,    PO Box 6750,    Portsmouth, NH 03802-6750
516848591     +Morristown Medical Center,    PO Box 35610,    Newark, NJ 07193-5610
516848593     +Northland Group,    PO Box 390905,    Minneapolis, MN 55439-0905
516848594     +Rickart Collection Systems, Inc.,    575 Milltown Road,    PO Box 7242,
               North Brunswick, NJ 08902-7242
516848595      RountPoint Mortgage Servicing Corp.,    PO Box 19409,    Charlotte, NC 28219-9409
516848596     +Skylands Medical Group P.A.,    33 Newton-Sparta Road,    Newton, NJ 07860-2764
516848597      Stacie Will,    145 Arroyo Parkway,    Ormond Beach, FL 32174-7605
516848598     +Transunion,    2 Baldwin Place,    PO Box 2000,    Chester, PA 19016-2000
516848599      United Recovery Systems,    PO Box 4043,    Concord, CA 94524-4043

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 09 2019 00:39:49    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 09 2019 00:39:45    United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516848572      EDI: ARSN.COM Mar 09 2019 05:13:00    ARS National Services Inc.,   PO Box 469100,
               Escondido, CA 92046-9100
517040058      EDI: RESURGENT.COM Mar 09 2019 05:13:00    Ashley Funding Services, LLC its successors and,
               assigns as assignee of Laboratory,   Corporation of America Holdings,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516848576      EDI: CAPITALONE.COM Mar 09 2019 05:13:00    Capital One,   15000 Capital One Dr,
               Richmond, VA 23238
516848575     +EDI: CAPITALONE.COM Mar 09 2019 05:13:00    Capital One,   Attn: Bankruptcy,   Po Box 30285,
               Salt Lake City, UT 84130-0285
516911618      EDI: CAPITALONE.COM Mar 09 2019 05:13:00    Capital One Bank (USA), N.A.,   PO Box 71083,
               Charlotte, NC  28272-1083
516964556      EDI: BL-BECKET.COM Mar 09 2019 05:13:00    Capital One, N.A.,   c/o Becket and Lee LLP,
               PO Box 3001,   Malvern PA 19355-0701
516848577     +Fax: 602-659-2196 Mar 09 2019 00:46:41    ChexSystems,   7805 Hudson Road,   Suite 100,
               Woodbury, MN 55125-1703
516848579     +EDI: CITICORP.COM Mar 09 2019 05:13:00    Citibank,   Po Box 6241,
               Sioux Falls, SD 57117-6241
516848583     +EDI: HY11.COM Mar 09 2019 05:13:00    Hyundai  Motor Finance,   PO Box 20829,
               1501 North Plano Road,    Fountain Valley, CA 92728-0829
517023465     +EDI: HY11.COM Mar 09 2019 05:13:00    Hyundai Capital America DBA,   Hyundai Motor Finance,
               PO Box 20809,   Fountain Valley, CA 92728-0809
516848584     +EDI: HY11.COM Mar 09 2019 05:13:00    Hyundai Motor Finance,   PO Box 20829,
               Fountain Valley, CA 92728-0829
516848585      EDI: CBSKOHLS.COM Mar 09 2019 05:13:00    Kohl's Payment Center,   PO Box 2983,
               Milwaukee, WI 53201-2983
516848585      E-mail/Text: bncnotices@becket-lee.com Mar 09 2019 00:38:59    Kohl's Payment Center,
               PO Box 2983,   Milwaukee, WI 53201-2983
516848586     +EDI: CBSKOHLS.COM Mar 09 2019 05:13:00    Kohls/capone,   N56 W 17000 Ridgewood Dr,
               Menomonee Falls, WI 53051-7096
516848586     +E-mail/Text: bncnotices@becket-lee.com Mar 09 2019 00:38:59    Kohls/capone,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
517033202      EDI: RESURGENT.COM Mar 09 2019 05:13:00    LVNV Funding, LLC its successors and assigns as,
               assignee of Citibank, N.A.,   Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
516848600     +EDI: WFFC.COM Mar 09 2019 05:13:00    Wells Fargo Bank NA,
               Attn: Deposits Bankruptcy MAC# P6103-05K,    Po Box 3908,   Portland, OR 97208-3908
516848601     +EDI: WFFC.COM Mar 09 2019 05:13:00    Wells Fargo Bank Nv Na,   Po Box 31557,
               Billings, MT 59107-1557
                                                                                      TOTAL: 20

```
District/off: 0312-2          User: admin           Page 2 of 2         Date Rcvd: Mar 08, 2019
                             Form ID: 3180W          Total Noticed: 38
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516952876      US Bank Cust for PC6, LLC Sterling National
                                                                    TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2019 at the address(es) listed below:
```
            Brian C. Nicholas   on behalf of Creditor   U.S. Bank Trust National Association, not in its
             individual capacity but solely as Owner Trustee for Carisbrook Asset Holding Trust
             bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
            Jonathan  Stone   on behalf of Debtor Donna Marie Bikoff  jonstonelaw@gmail.com,
             bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
            Linda S. Fossi   on behalf of Creditor   US Bank Cust for PC6, LLC Sterling National
             lfossi@zeitzlawfirm.com,
             gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
            Marie-Ann  Greenberg   magecf@magtrustee.com
            U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                    TOTAL: 5
```